# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

8:14–cv–01138

,

v.

CHRIS LANGER, et al.

Defendant(s).

**NOTICE OF CASE TERMINATION**

In response to the opening of this case, the Clerk issued a Notice to Filer of Deficiencies in Attorney Case Opening. The Notice indicated that unless counsel corrected the identified discrepancy within two business days, the docket for this case number would be closed and no further filings would be permitted under this case number. Counsel has not corrected the discrepancy. Accordingly, this case is now closed and no further filings may be made underthis case number. Should you wish to pursue this action, a new case must be filed and a new case number issued.

Clerk, U.S. District Court

July 29, 2014
Date

By: _/s/ *Maria Barr*_
Deputy Clerk

(07/13)                                    NOTICE OF CASE TERMINATION